# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRANDI MARIE GREGORY,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL ACTION NO. 3:20-cv-01290<br><br>(SAPORITO, M.J.) |

## ORDER

AND NOW, this **24th** day of March, 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The Commissioner's administrative decision denying the plaintiff's claims for supplemental security income is **AFFIRMED**;

2. The Clerk is directed to enter **JUDGMENT** in favor of the Commissioner and against the plaintiff; and

3. The Clerk is directed to mark this case as **CLOSED**.

*/s/ Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge